Form nhrg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Patrick Jordan McCoy
Debtor

Case No.: 2:24–bk–13120
Chapter: 7
Judge: Phyllis M. Jones

PLEASE TAKE NOTICE that a Evidentiary Hearing has been scheduled before Judge Phyllis M. Jones at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 10/29/24 at 09:30 AM

to consider and act upon the following:

*8* – Motion for Relief from Stay . Fee Amount $199 Filed by Walter Whit Barton on behalf of Union Bank & Trust Company (Attachments: # 1 Exhibit 1 Promissory Note # 2 Exhibit 2 Motor Vehicle Title) (Barton, Walter)

**Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 30 minutes to be heard.**

HEARINGS INVOLVING A REQUEST TO MODIFY THE STAY:
For compelling reasons, the Court hereby orders that the automatic stay shall remain in effect pending the outcome of the above–scheduled hearing, in accordance with 11 U.S.C. §362(e).

If you will be presenting evidence, the courtrooms are equipped with evidence presentation equipment. Please contact the Courtroom Deputy, at 501–918–5642, if you would like to schedule a short training session before court.

If you will be introducing exhibits, please bring a copy for the staff attorney.

PLEASE NOTE THAT CELL PHONES WITH A CAMERA ARE NOT PERMITTED IN THE COURTHOUSE WITHOUT A COURTHOUSE TECHNOLOGY PERMIT.

Dated: 10/2/24

Linda McCormack, Clerk
By:
Laura Westbrook
Deputy Clerk