Form mddsig

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:     Patrick Jordan McCoy
           Debtor

Case No.: 2:24−bk−13120
Chapter: 7
Judge: Phyllis M. Jones

## MEMORANDUM OF DOCUMENT DEFICIENCY

TO: Walter Whit Barton                         Pleading Number: 8

The following deficiency was found in your recent filing. Failure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set.

**Signature:** All pleadings and other papers and documents electronically filed must contain a scanned image of any signature or indicate the signature by putting /s/ and the name of the signatory where the original signature occurs. For example: /s/ John Doe. Please docket an amended pleading containing the required signature.
Signature missing on certificate of service.

Dated: 10/2/24

                                        Linda McCormack, Clerk
                                        By: Michelle Jones
                                        Deputy Clerk