## CERTIFICATE OF SERVICE

    I, Whit Barton, a member of Barton & Roper, PLLC, by the below signature, do hereby certify that a copy of the foregoing Motion for Relief from Stay was served on the 30th day of September, 2024 as follows:

Robert N. Rushing
Rushing Law Firm, PLLC
725 N West Ave.
El Dorado, AR 71730
*via CM/ECF*

Lance Owens
Chapter 7 Trustee
100 E Matthews Ave
PO Box 121
Jonesboro, AR 72401
*via CM/ECF*

                                              **Barton & Roper, PLLC**
                                              PO Box 507
                                              Monticello, AR 71657
                                              (870) 367-6288

                                              /s/ Whit Barton
                                              Whit Barton (79010)
                                              wbarton@bartonandroper.com