United States Bankruptcy Court
Eastern District of Arkansas

In re: Case No. 24-13120-pmj
Patrick Jordan McCoy Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-2      User: admin      Page 1 of 2
Date Rcvd: Oct 02, 2024      Form ID: nhrg      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Jordan McCoy, 16850 Great River Rd., Dumas, AR 71639-8006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: brandon.hogg@unionbnk.com | Oct 02 2024 21:38:00 | Union Bank & Trust Company, P.O. Box 270, Monticello, AR 71657-0270 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

**Name**      **Email Address**

Lance Owens
    lowens@omglawfirm.com
    AR20@ecfcbis.com;lisaowens@omglawfirm.com;htansil@omglawfirm.com;mbaker@omglawfirm.com

Robert N. Rushing
    on behalf of Debtor Patrick Jordan McCoy rrushing@therushinglawfirm.com
    snoble@therushinglawfirm.com;krushing@therushinglawfirm.com;R52175@notify.bestcase.com

U.S. Trustee (ust)
    USTPRegion13.LR.ECF@usdoj.gov

Shari.Sherman@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;Kent.H.Johnson@usdoj.gov

Walter Whit Barton

on behalf of Creditor Union Bank & Trust Company wbarton@bartonandroper.com
brandon.hogg@unionbnk.com;bankruptcy@unionbnk.com;jjones@bartonandroper.com

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Patrick Jordan McCoy
Debtor

Case No.: 2:24−bk−13120
Chapter: 7
Judge: Phyllis M. Jones

PLEASE TAKE NOTICE that a Evidentiary Hearing has been scheduled before Judge Phyllis M. Jones at

U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

on 10/29/24 at 09:30 AM

to consider and act upon the following:

*8* − Motion for Relief from Stay . Fee Amount $199 Filed by Walter Whit Barton on behalf of Union Bank & Trust Company (Attachments: # 1 Exhibit 1 Promissory Note # 2 Exhibit 2 Motor Vehicle Title) (Barton, Walter)

**Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 30 minutes to be heard.**

HEARINGS INVOLVING A REQUEST TO MODIFY THE STAY:
For compelling reasons, the Court hereby orders that the automatic stay shall remain in effect pending the outcome of the above−scheduled hearing, in accordance with 11 U.S.C. §362(e).

If you will be presenting evidence, the courtrooms are equipped with evidence presentation equipment. Please contact the Courtroom Deputy, at 501−918−5642, if you would like to schedule a short training session before court.

If you will be introducing exhibits, please bring a copy for the staff attorney.

PLEASE NOTE THAT CELL PHONES WITH A CAMERA ARE NOT PERMITTED IN THE COURTHOUSE WITHOUT A COURTHOUSE TECHNOLOGY PERMIT.

Dated: 10/2/24

Linda McCormack, Clerk
By:
Laura Westbrook
Deputy Clerk