IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: Patrick Jordan McCoy	CASE NO. 2:24-bk-13120
CHAPTER 7

**<u>ORDER GRANTING MOTION FOR RELIEF FROM STAY</u>**

On this 29th day of October, 2024, comes on for hearing that certain Motion for Relief from Stay filed herein by Union Bank and Trust Company (herein, "UB&T").

UB&T appeared by its corporate representative and its legal counsel. No one appeared in opposition to the motion.

It is, therefore, by the Court, considered, ordered, and adjudged as follows:

1. That UB&T is granted relief from the automatic stay provisions of the United States Bankruptcy Code so that it may realize its usual state law remedies in and to the 2006 Peterbuilt Dump-truck Model 378.

2. That should the liquidation of said collateral have a surplus over and above that required to satisfy the indebtedness to UB&T, such surplus shall be remitted to the Trustee.

Rendered, and ordered to be recorded this 21st day of November, 2024.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 11/21/2024